| | |
|---|---|
| Matthew G. Ball (SBN 208881)<br>matthew.ball@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: (415) 882-8200<br>Facsimile: (415) 882-8220<br>Attorneys for Defendant<br>SPACE SYSTEMS/LORAL LLC | David M. Lilienstein (SBN 218923)<br>david@dllawgroup.com<br>DL Law Group<br>345 Franklin Street<br>San Francisco, CA 94102<br>Telephone: (866) 698-9634<br>Facsimile: (415) 358-8484<br>Attorneys for Plaintiff RICHARD G., et al. |
| Jack M. Englert, Jr. (Appearing *pro hac vice*)<br>jenglert@hollandhart.com<br>Holland & Hart LLP<br>6380 S. Fiddler's Green Circle, Suite 500<br>Greenwood Village, CO 80111<br>Telephone: (303) 290-1087<br>Facsimile: (303) 290-1606<br>Attorneys for Defendant<br>SPACE SYSTEMS/LORAL LLC | Brian S. King (Appearing *pro hac vice*)<br>brian@briansking.com<br>336 South 300 East, Suite 200,<br>Salt Lake City, Utah 84111<br>Telephone: (801) 532-1739<br>Facsimile: (801) 532-1936<br>Attorneys for Plaintiff RICHARD G., et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G., et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>SPACE SYSTEMS/LORAL LLC,<br><br>          Defendant. | Case Number: C 15-02807-EMC<br><br>STIPULATION TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

**1**
STIPULATION TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER - Case Number: C 15-02807-EMC

The parties to the above-entitled action jointly submit this STIPULATION TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER pursuant to Civil Local Rule 16-2.

WHEREAS, the Initial Case Management Conference is presently set for September 24, 2015, at 9:30 a.m., in Courtroom 5, 17th Floor, of the above-entitled court;

WHEREAS, counsel hereby affirm that they have conferred and agree regarding the following request for a change of the date of the Initial Case Management Conference; counsel have no objection to the change; and neither party is prejudiced by the change;

IT IS HEREBY REQUESTED, that the Initial Case Management Conference be advanced by twenty-eight (28) days, the date of the Conference to be August 27, 2015, or as hereafter determined by the Court.

Dated:  July 27, 2015         */s/ Matthew G. Ball*
                              Matthew G. Ball
                              Attorney for Defendant
                              SPACE SYSTEMS/LORAL LLC

Dated:  July 27, 2015         */s/ David M. Lilienstein*
                              David M. Lilienstein
                              Attorneys for Plaintiff
                              RICHARD G., et al.

### SIGNATURE ATTESTATION

I hereby attest pursuant to Civil Local Rule 5.1 that concurrence in the electronic filing of this document has been obtained from the other signatory.

Dated:  July 27, 2015         /s/ *Matthew G. Ball*
                              Matthew G. Ball

**2**
STIPULATION TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER - Case Number: C 15-02807-EMC

## CASE MANAGEMENT ORDER

The above STIPULATION TO CHANGE THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER is approved. The Initial Case Management Conference is hereby changed to August 27, 2015, at 9:30 a.m., in Courtroom 5, 17th Floor, of the above-entitled court. An updated joint CMC statement shall be filed by August 20, 2015.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/28/15 _____



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT JUDGE