UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD G., *et al.*, | No. C-15-2807 EMC |
| Plaintiffs, | |
| v. | **ORDER RE SUMMARY JUDGMENT BRIEFING AND HEARING** |
| SPACE SYSTEMS/LORAL, | |
| Defendant. _____/ | |

The above-referenced case has been transferred from the District of Utah to this District. Prior to transfer, the parties had completed summary judgment briefing. The parties now propose to file supplemental briefs with the Court because, with the transfer, citation to Ninth Circuit authority is needed. The Court has briefly reviewed the summary judgment papers and deems it more efficient (particularly for the Court) to have the parties file revised summary judgment papers, which shall include the new authority.

The hearing shall be held on November 19, 2015, at 1:30 p.m. The parties shall meet and confer and submit a joint stipulation to the Court proposing briefing dates for the opening brief, opposition, and reply.

IT IS SO ORDERED.

Dated: August 26, 2015

_____
EDWARD M. CHEN
United States District Judge