| | |
|---|---|
| 1 | David M. Lilienstein   (State Bar No. 218923) |
|   | **DL LAW GROUP** |
| 2 | 345 Franklin St. |
|   | San Francisco, California 94102 |
| 3 | Telephone: (415) 392-2289 |
|   | Facsimile:  (415) 358-8484 |
| 4 | E-mail:  david@dllawgroup.com, |
| 5 | Brian S. King,  #4610 |
|   | **Brian S. King, Attorney at Law** |
| 6 | 336 South 300 East, Suite 200 |
|   | Salt Lake City, Utah 84111 |
| 7 | Telephone: (801) 532-1739 |
|   | Facsimile: (801) 532-1936 |
| 8 | Email: brian@briansking.com |
| 9 | Attorneys for Plaintiffs, |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD G., *et al.*, | ) | Case No.  C15-02807-EMC |
|   | ) | |
| Plaintiffs, | ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
|   | ) | |
| vs. | ) | |
|   | ) | |
| SPACE SYSTEMS/LORAL LLC, | ) | |
|   | ) | |
| Defendant. | ) | |

Based on the stipulated motion of the parties and good cause appearing, it is hereby Ordered that the above captioned matter is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this __30th__ day of __November__, 2015.

_____
U.S. District Court Judge Edward M. Chen

*IT IS SO ORDERED*
Judge Edward M. Chen

**ORDER FOR DISMISSAL WITH PREJUDICE**          Case No. CV 15-02807

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on this ___ day of August, 2015.

.

                                                                                                                        s/ Linda Bosen